1  Sanjay Sobti (SBN 202636)
2  Carlos Valdez (SBN 345630)
3  4230 Green River Road
4  Corona, California 92878
5  Telephone: 951-371-0027
6  Fax: 951-339-5994
7  Email: uslawcorona@gmail.com
8  Attorneys for Defendant, JESUS SANTOS INZUNZA-OBESO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>JESUS SANTOS INZUNZA-OBESO<br><br>                    Defendant(s). | Case No. 2:22-cr-00490-SPG-2<br><br>**MOTION TO CONTINUE SENTENCING HEARING/TRIAL SETTING**<br><br>**Filed Concurrently With:**<br>**[Proposed] Order**<br>**Exhibit A (Medical Documents)**<br><br>**Ho. Sherilyn Peace Garnett**<br>**Date: January 17, 2024**<br>**Time:8:30 a.m.** |

JOINT STIPULATION TO CONTINUE SENTENCING HEARING/TRIAL SETTING

-1-

Mr. Inzunza-Obeso, by and through his counsel Sanjay Sobti moves this Court to Continue the Sentencing Hearing set for January 17, 2024 at 8:30 a.m. to at least the middle of February 2024.

## I. Statement of facts

Defendant, Inzunza-Obeso, has recently been suffering of Rectal Bleeding and was attended at St. Mary Medical Center on January 8, 2024 .(Exhibit A). Defendant is currently being cared for and unable to physically move comfortably. Defendant is still experiencing harsh symptoms and needs to recover.

## II. Conclusion

Therefore, Defendant's counsel requests adequate time for Mr. Inzunza-Obeso to fully recover from his current medical issue. Mr. Inzunza-Obeso therefore moves to continue the sentencing hearing.

Respectfully submitted,

Dated: 1/15/2024              /s/ *Sanjay Sobti*
                              SANJAY SOBTI, ESQ.
                              Attorney for Defendant
                              Jesus Santos Inzunza-Obeso
                              Email: uslawcorona@gmail.com

JOINT STIPULATION TO CONTINUE SENTENCING HEARING/TRIAL SETTING

-2-